AUSA DEREK OWENS (312) 697-4071

*IS*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | Case No. **14 CR 57** |
|---|---|
| v. | |
| MARK ANDERSON | Magistrate Judge Maria Valdez |

## AFFIDAVIT IN REMOVAL PROCEEDING

I, CHRIS MACKEY, personally appearing before United States Magistrate Judge Maria Valdez and being duly sworn on oath, state that as a federal law enforcement officer I have been informed that MARK ANDERSON has been charged by Indictment in the Western District of Wisconsin with the following criminal offenses: four counts of interstate transportation of stolen goods, in violation of Title 18, United States Code, Section 2314.

A copy of the Indictment is attached. A copy of the arrest warrant also is attached.

CHRIS MACKEY
Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN to before me this 4th day of February, 2014.

MARIA VALDEZ
United States Magistrate Judge

FILED

FEB X 4 2014

RUTON
COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| UNITED STATES OF AMERICA | INDICTMENT |
|---|---|
| v. | Case No. 14 CR 8 wmc |
| MARK ANDERSON, | 18 U.S.C. 2314 |
| Defendant. | |

THE GRAND JURY CHARGES:

### COUNT 1

On or about November 12, 2013, in the Western District of Wisconsin and elsewhere, the defendant,

MARK ANDERSON,

unlawfully transported goods, wares, and merchandise having an aggregate value of $5,000 or more, specifically, a white 2013 Kidron 36-foot trailer with a Thermo King refrigeration unit, in interstate commerce from Wisconsin to Illinois, knowing the same to have been stolen.

(In violation of Title 18, United States Code, Section 2314).

### COUNT 2

On or about November 12, 2013, in the Western District of Wisconsin and elsewhere, the defendant,

MARK ANDERSON,

FILED
2-4-14
FEB - 4 2014
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

14CR57

unlawfully transported goods, wares, and merchandise having an aggregate value of $5,000 or more, specifically, a white Utility brand 53-foot enclosed trailer with "Overbye Transport" written on the side, in interstate commerce from Wisconsin to Illinois, knowing the same to have been stolen.

(In violation of Title 18, United States Code, Section 2314).

## COUNT 3

On or about November 12, 2013, in the Western District of Wisconsin and elsewhere, the defendant,

MARK ANDERSON,

unlawfully transported goods, wares, and merchandise having an aggregate value of $5,000 or more, specifically, a white Utility brand 53-foot trailer with stainless steel doors and white skirting under the trailer, in interstate commerce from Wisconsin to Illinois, knowing the same to have been stolen.

(In violation of Title 18, United States Code, Section 2314).

## COUNT 4

On or about November 12, 2013, in the Western District of Wisconsin and elsewhere, the defendant,

MARK ANDERSON,

unlawfully transported goods, wares, and merchandise having an aggregate value of $5,000 or more, specifically, two Manac flatbed trailers, in interstate commerce from Wisconsin to Illinois, knowing the same to have been stolen.

(In violation of Title 18, United States Code, Section 2314).

## FORFEITURE ALLEGATION

1. The allegations contained in Counts 1-4 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of any or all of the Title 18, United States Code, Section 2314 offenses described in this Indictment, the defendant,

MARK ANDERSON,

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense(s).

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

A TRUE BILL

*[signature: John W. Vaudreuil]*

JOHN W. VAUDREUIL
United States Attorney

Indictment returned: 1/8/2014

# WARRANT OF ARREST

| **United States District Court** | DISTRICT WESTERN DISTRICT OF WISCONSIN | |
|---|---|---|
| United States of America<br>v.<br>Mark Anderson<br>Defendant. | DOCKET NO. SEALED<br>14 CR 8 | MAGISTRATE JUDGE CASE NO. |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED:<br>Mark Anderson<br>5838 W 88th Place<br>Oak Lawn, WI 60453 | |

Warrant Issued on the Basis of:

✓ Indictment    ☐ Order of Court    ☐ Information    ☐ Complaint

TO: Any Authorized Law Enforcement Officer.

District of Arrest:                                City:

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Transporting stolen goods

IN VIOLATION OF TITLE:    18 U.S.C. Section(s) 2314

Bail: DETENTION REQUESTED BY THE UNITED STATES ATTORNEY'S OFFICE

Other Conditions of Release:

| Ordered By: | Federal Judge/Magistrate Judge | Date Order: |
|---|---|---|
| Clerk of Court:<br>Peter Oppeneer | (By) Deputy Clerk | Date Issued:<br>1/9/2014 |

### RETURN

This Warrant was received and executed with the arrest of the above-named person.

| Date Received: | Date Executed: |
|---|---|
| Name and Title of Arresting Officer: | Signature of Arresting Officer: |